1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis Matz<br><br>                    Plaintiff,<br><br>v.<br><br>Home Depot U.S.A., Inc., et al<br><br>                    Defendants. | Case No.  CV 18-07378-AB (JEMx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45 days,__ to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 29, 2018     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE